IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STAVENIOUS THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:23-cv-00214-RAH-JTA |
| BRANDON COBB, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal with Prejudice* (doc. 63) filed on December 13, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 16th day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE